**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SUTTON,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN SECURITY INS,<br><br>    Defendant.<br>_____/ | No. C-10-05624 DMR<br><br>**ORDER GRANTING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of Plaintiff's request to continue the Initial Case Management Conference. Plaintiff's request is granted. The Initial Case Management Conference previously scheduled for March 23, 2011 has been CONTINUED to **May 25, 2011 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **May 18, 2011.** All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. *See* Docket No. 3. Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the Court.

IT IS SO ORDERED.

Dated: March 17, 2011

_____
DONNA M. RYU
United States Magistrate Judge