AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

| | |
|---|---|
| JAMES SUTTON AND LYNETTE SUTTON, Plaintiff (s), <br> V. <br> AMERICAN SECURITY INS. Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** <br><br> CASE NUMBER: C10-05624 DMR |

Notice is hereby given that, subject to approval by the court, JAMES SUTTON and LYNETTE SUTTON substitutes
_(Party (s) Name)_

JAMES SUTTON , State Bar No. 52843 as counsel of record in
_(Name of New Attorney)_

place of Joel P. Gumbiner
_(Name of Attorney (s) Withdrawing Appearance)_

Contact information for new counsel is as follows:

Firm Name: James H. Sutton
Address: 23 Olive Ave., San Rafael, CA 94901
Telephone: 415-456-1960     Facsimile: Unknown
E-Mail (Optional):

I consent to the above substitution.
Date: March 10, 2011
_(Signature of Party (s))_

I consent to being substituted.
Date: March 10, 2011
_(Signature of Former Attorney (s))_

I consent to the above substitution.
Date: march 10, 2011
_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/28/2011
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]