1    Raymond J. Tittmann, No. 191298
2    **CARROLL, BURDICK & McDONOUGH LLP**
     Attorneys at Law
     44 Montgomery Street, Suite 400
3    San Francisco, CA  94104
     Telephone:      415.989.5900
4    Facsimile:      415.989.0932
     Email:          rtittmann@cbmlaw.com
5
6    Attorneys for Defendant and Third Party Plaintiff
     AMERICAN SECURITY INSURANCE COMPANY

7

8               UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                OAKLAND, CALIFORNIA

| | |
|---|---|
| 11  JAMES SUTTON AND LYNETTE<br>SUTTON,<br><br>12            Plaintiff,<br><br>13      v.<br><br>14<br><br>15  AMERICAN SECURITY<br>INSURANCE COMPANY, a<br>Delaware Corporation, and DOES 1<br>16  THROUGH 10,<br><br>17          Defendant.<br><br>18<br><br>19  AMERICAN SECURITY<br>INSURANCE COMPANY,<br><br>20          Third Party Plaintiff,<br><br>21      v.<br><br>22  HARTFORD FIRE INSURANCE<br>COMPANY,<br><br>23          Third Party Defendant.<br>24 | No. 4:10-CV-05624 PJH<br><br>**THE PARTIES' STIPULATION AND<br>REQUEST TO CONTINUE CASE<br>MANAGEMENT CONFERENCE AND<br>RELATED DEADLINES AND [PROPOSED]<br>ORDER**<br><br>Date:      September 29, 2011<br>Time:    2:00 p.m.<br>Dept.:   Courtroom 3<br>The Honorable Phyllis J. Hamilton |

25

26                     **STIPULATION**

27        IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED, by

28 and between plaintiffs and Lynette James Sutton, Defendant American Security Insurance

1  Company ("American Security"), and Defendant Hartford Fire Insurance Company

2  ("Hartford") (collectively, the Parties) that the initial Case Management Conference

3  currently scheduled for September 29, 2011 at 2:00 p.m. be continued to October 20, 2011

4  at 2:00 p.m., or as soon thereafter as the Court is available, and that all corresponding

5  deadlines shall be continued accordingly.  (Though the Parties are available on October

6  20, 2011, the Parties believe the case management conference should be scheduled after

7  the October 21, 2011 mediation, and therefore request that the Court reschedule it for

8  October 27, 2011, or later.)

9          The parties jointly request this continuance because Mr. Sutton, who is

10  representing himself and Mrs. Sutton, is out of town unavailable until October 12, 2011.

11          The parties have met and conferred with respect to the Joint Case Management

12  Statement and are close to completing that document for filing.  The parties are also

13  endeavoring to conduct a mediation on October 21, 2011.  The parties intend to submit

14  ADR certifications and a stipulation and proposed order re mediation shortly in

15  compliance with the Court's standing orders.

16          Before this matter was referred to District Court Judge Hamilton, and before

17  either of the defendants were served in this case, plaintiffs asked the Magistrate Judge for

18  two continuances of the initial case management conference, which were granted.  No

19  continuances have been granted since American Security and Hartford have appeared (on

20  July 26, 2011 and September 14, 2011, respectively).

21

22

23

24

25

26

27

28

Dated:  September 23, 2011

CARROLL, BURDICK & McDONOUGH LLP


By _____ /S/ _____
                Raymond J. Tittmann
Attorneys for Defendant and Third Party Plaintiff
American Security Insurance Company


JAMES AND LYNETTE SUTTON


By _____ /S/ _____
                James Sutton
Pro Se and for Lynette Sutton


MICLEAN GLEASON LLP


By _____ /S/ _____
                Gary R. Gleason
Attorneys for Third Party Defendant
Hartford Fire Insurance Company

1

**GENERAL ORDER 45 CERTIFICATION**

2    I, Raymond J. Tittmann, hereby attest pursuant to N.D. Cal. General Order No.

3  45 that the concurrence to the filing of this document has been obtained from each

4  signatory.

5    Dated:  September 23, 2011

6    CARROLL, BURDICK & McDONOUGH LLP

7

8    By _____ /S/

9    Raymond J. Tittmann
Attorneys for Defendant and Third Party Plaintiff
10    American Security Insurance Company

11

12    **[~~PROPOSED~~] ORDER**

13  PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

14    The Case Management Conference and hearing on Continental's Motion

15  to Dismiss is continued from September 29, 2011 at 2:00 p.m. to  December 1    , 2011

16  at 2:00.  The parties' Case Management Conference Statement shall be due one week in

17  advance.  All other deadlines shall be continued accordingly.

18

19

20    Dated: September  27 , 2011

21

22    By _____

23    IT IS SO ORDERED

24    Judge Phyllis J. Hamilton

25

26

27

28