Raymond J. Tittmann, No. 191298
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA  94104
Telephone:    415.989.5900
Facsimile:    415.989.0932
Email:        rtittmann@cbmlaw.com

Attorneys for Defendant and Third Party Plaintiff
AMERICAN SECURITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND, CALIFORNIA

| | |
|---|---|
| JAMES SUTTON AND LYNETTE SUTTON,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN SECURITY INSURANCE COMPANY, a Delaware Corporation, and DOES 1 THROUGH 10,<br><br>    Defendant.<br><br>AMERICAN SECURITY INSURANCE COMPANY,<br><br>    Third Party Plaintiff,<br><br>    v.<br><br>HARTFORD FIRE INSURANCE COMPANY,<br><br>    Third Party Defendant. | No. 4:10-CV-05624 PJH<br><br>**THE PARTIES' STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES AND [PROPOSED] ORDER**<br><br>Date:  September 29, 2011<br>Time:  2:00 p.m.<br>Dept.: Courtroom 3<br>The Honorable Phyllis J. Hamilton |

## STIPULATION

IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED, by and between plaintiffs and Lynette James Sutton, Defendant American Security Insurance

CBM-IPG\SF525113

**STIP AND [PROPOSED] ORDER TO CONTINUE CMC AND RELATED DEADLINES  (NO. CV10-5624 PJH)**

Company ("American Security"), and Defendant Hartford Fire Insurance Company ("Hartford") (collectively, the Parties) that the initial Case Management Conference currently scheduled for September 29, 2011 at 2:00 p.m. be continued to October 20, 2011 at 2:00 p.m., or as soon thereafter as the Court is available, and that all corresponding deadlines shall be continued accordingly.  (Though the Parties are available on October 20, 2011, the Parties believe the case management conference should be scheduled after the October 21, 2011 mediation, and therefore request that the Court reschedule it for October 27, 2011, or later.)

The parties jointly request this continuance because Mr. Sutton, who is representing himself and Mrs. Sutton, is out of town unavailable until October 12, 2011.

The parties have met and conferred with respect to the Joint Case Management Statement and are close to completing that document for filing.  The parties are also endeavoring to conduct a mediation on October 21, 2011.  The parties intend to submit ADR certifications and a stipulation and proposed order re mediation shortly in compliance with the Court's standing orders.

Before this matter was referred to District Court Judge Hamilton, and before either of the defendants were served in this case, plaintiffs asked the Magistrate Judge for two continuances of the initial case management conference, which were granted.  No continuances have been granted since American Security and Hartford have appeared (on July 26, 2011 and September 14, 2011, respectively).

Dated:  September 23, 2011

CARROLL, BURDICK & McDONOUGH LLP


By _____/S/_____
Raymond J. Tittmann
Attorneys for Defendant and Third Party Plaintiff
American Security Insurance Company


JAMES AND LYNETTE SUTTON


By _____/S/_____
James Sutton
Pro Se and for Lynette Sutton


MICLEAN GLEASON LLP


By _____/S/_____
Gary R. Gleason
Attorneys for Third Party Defendant
Hartford Fire Insurance Company

CBM-IPG\SF525113

-3-

**STIP AND [PROPOSED] ORDER TO CONTINUE CMC AND RELATED DEADLINES  (NO. CV10-5624 PJH)**

**GENERAL ORDER 45 CERTIFICATION**

I, Raymond J. Tittmann, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory.

Dated: September 23, 2011

CARROLL, BURDICK & McDONOUGH LLP

By _____/S/_____
Raymond J. Tittmann
Attorneys for Defendant and Third Party Plaintiff
American Security Insurance Company

**[P~~ROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

The Case Management Conference and hearing on Continental's Motion to Dismiss is continued from September 29, 2011 at 2:00 p.m. to December 1, 2011 at 2:00. The parties' Case Management Conference Statement shall be due one week in advance. All other deadlines shall be continued accordingly.

Dated: September 27, 2011

By _____

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA