Raymond J. Tittmann, No. 191298
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone: 415.989.5900
Facsimile: 415.989.0932
Email: rtittmann@cbmlaw.com

Attorneys for Defendant and Third Party Plaintiff
AMERICAN SECURITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND, CALIFORNIA

| | |
|---|---|
| JAMES SUTTON AND LYNETTE SUTTON,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SECURITY INSURANCE COMPANY, a Delaware Corporation, and DOES 1 THROUGH 10,<br><br>Defendant.<br><br>AMERICAN SECURITY INSURANCE COMPANY,<br><br>Third Party Plaintiff,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY,<br><br>Third Party Defendant. | No. 4:10-CV-05624 PJH<br><br>The Honorable Phyllis J. Hamilton<br><br>**STIPULATED REQUEST FOR DISMISSAL BETWEEN PLAINTIFFS JAMES AND LYNETTE SUTTON AND AMERICAN SECURITY INSURANCE COMPANY; AND**<br><br>[~~PROPOSED~~] **ORDER DISMISSING PLAINTIFFS' COMPLAINT AGAINST AMERICAN SECURITY** |

### STIPULATED REQUEST FOR DISMISSAL

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs James Sutton and Lynette Sutton (the "Suttons") and Defendant American Security

CBM-IPG\SF533635

Insurance Company ("American Security") jointly ask this Court to dismiss the Suttons' complaint against American Security with prejudice.

The Suttons and American Security have resolved their dispute and have entered into a settlement with respect to the issues raised in this action.

The parties waive any claim for costs or attorney fees they might have against each other.

Dated: December 1, 2011

CARROLL, BURDICK & McDONOUGH LLP


By  /s/ Raymond J. Tittmann
　　　　Raymond J. Tittmann

Attorneys for Defendant and Third Party Plaintiff
AMERICAN SECURITY INSURANCE COMPANY

Dated:  December 1, 2011



By  /s/ James Sutton
　　　　James Sutton

Attorneys for Plaintiffs
James Sutton and Lynette Sutton

**[PROPOSED] ORDER DISMISSING COMPLAINT**

The Court has considered the request of Plaintiffs James Sutton and Lynette Sutton (the "Suttons") and Defendant American Security Insurance Company ("American Security") to dismiss the Suttons' complaint against American Security with prejudice under Rule 41(a)(2) of the Federal Rules of Civil Procedure. Good cause appearing, the Court hereby GRANTS that request.

The Suttons' Complaint against American Security is hereby dismissed with prejudice. The parties waive any claim for costs or attorney fees they might have against each other.

Dated: December 2, 2011

By _____
The Honorable Phyllis J. Hamilton
District Court Judge