Raymond J. Tittmann, No. 191298
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone: 415.989.5900
Facsimile: 415.989.0932
Email: rtittmann@cbmlaw.com

Attorneys for Defendant and Third Party Plaintiff
AMERICAN SECURITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND, CALIFORNIA

| | |
|---|---|
| JAMES SUTTON AND LYNETTE SUTTON,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SECURITY INSURANCE COMPANY, a Delaware Corporation, and DOES 1 THROUGH 10,<br><br>Defendant. | No. 4:10-CV-05624 PJH<br><br>The Honorable Phyllis J. Hamilton<br><br>[PROPOSED] **ORDER TO SHOW CAUSE RE SANCTIONS AGAINST HARTFORD FIRE INSURANCE COMPANY AND ITS COUNSEL OF RECORD** |
| AMERICAN SECURITY INSURANCE COMPANY,<br><br>Third Party Plaintiff,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY,<br><br>Third Party Defendant. | |

On September 27, 2011, the Court issued an order setting a case management conference for December 1, 2011 (Docket #30). Notice was electronically mailed to both counsel of record for Hartford Fire Insurance Company ("Hartford"):

///

CBM-IPG\SF533931

[PROPOSED] ORDER TO SHOW CAUSE RE SANCTIONS AGAINST HARTFORD

1
2
- Gary R. Gleason (ggleason@micleangleason.com and gvieyra@micleangleason.com)

3
4
- William T Treas (jlooday@nielsenlawfirm.com and sdufrene@nielsenlawfirm.com)

Counsel for Hartford did not file a case management conference statement and provided no indication that they would not or could not attend. Notwithstanding counsel for Hartford failed appear or provide any explanation for their non-appearance.

Counsel for American Security advised at the case management conference that Hartford verbally agreed to a mutual release and dismissal of American Security's third party complaint. Consequently, this Court ordered the parties to file the dismissal on December 2, 2011 (Docket #33).

However, the parties did not file the dismissal in compliance with this Court's Order. American Security's Notice of Settlement (Docket #34) advises that Hartford failed to sign the release and dismissal drafted by American Security, and did not otherwise respond to the proposed document.

Consequently, it appears that Hartford has failed to comply with two orders of this Court: (1) Docket # 30 setting a case management conference for December 1, 2011; and (2) Docket #33 requiring the parties to file the mutual release and dismissal by December 2, 2011.

The Court therefore issues this Order To Show Cause why sanctions should not be issued against Hartford and its counsel of record for failure to comply with these Orders. The hearing on this Order To Show Cause is set for 12/15/2011 at 2:00pm, and Hartford and its counsel of record shall file a statement addressing their non-compliance by December 12, 2011         .

///
///
///
///

If the parties file a full mutual release and dismissal completely resolving of this matter before these dates, Hartford and its counsel are relieved of the obligation to file a statement or appear for the hearing, and these dates will be taken off calendar.

Dated: December 5, 2011

By _____
The Honorable Phyllis J. Hamilton
U.S. District Court Judge