UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES AND LYNETTE SUTTON,

    Plaintiff(s),

    v.

AMERICAN SECURITY INSURANCE CO.,

    Defendant(s).
_____/

And related third party action
_____/

No. C 10-5624 PJH

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

    The court has received and reviewed Hartford's response to the order to show cause issued after it failed to appear at the case management conference on December 1, 2011. Based upon that response and for good cause shown, the OSC is DISCHARGED.

    **IT IS SO ORDERED.**

Dated: December 12, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge